IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02816-RTG

JOSE ANGEL MEJIA FUENTES,

Petitioner,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security,
PAM BONDI, U.S. Attorney General,
TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and
WARDEN OF THE AURORA ICE PROCESSING CENTER (GEO),

Respondents.

---

**ORDER OF DISMISSAL**

---

Petitioner Jose Angel Mejia Fuentes is being held at an immigration detention facility in Aurora, Colorado. He initiated this action on June 18, 2026, by filing *pro se* a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (*See* ECF No. 1).

On June 24, 2026, Magistrate Judge Richard T. Gurley issued an Order directing Petitioner to cure certain filing deficiencies. (*See* ECF No. 3). Specifically, Petitioner was directed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court-approved form and to address the filing fee. (*Id.*). The Court warned Petitioner that failure to cure these filing deficiencies within 30 days of the June 24 Order would result in dismissal of this action without prejudice. (*Id.*).

On July 16, 2026, the copy of the June 24 Order that was mailed to Petitioner at the Aurora detention facility was returned to the Court as undeliverable. (*See* ECF No. 5). Petitioner has not cured filing deficiencies as directed within the time allowed or

requested an extension of time to do so. Therefore, this action will be dismissed without prejudice.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied without prejudice for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If a notice of appeal is filed, Petitioner must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the June 24, 2026 Order Directing Petitioner to Cure Deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED July 30, 2026, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court