IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02816-LTB

JOSE ANGEL MEJIA FUENTES,

Petitioner,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security,
PAM BONDI, U.S. Attorney General,
TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and
WARDEN OF THE AURORA ICE PROCESSING CENTER (GEO),

Respondents.

---

JUDGMENT

---

Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on July 30, 2026, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 30 day of July, 2026.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/P. Kline
Deputy Clerk